FILED _____ LODGED
_____ RECEIVED

**JAN 2 1 2009**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

Washington Association of Realtors,

                Plaintiffs/Petitioner,

vs.

WASHINGTON STATE PUBLIC
DISCLOSURE COMMISSION; and VICKI
RIPPIE, Executive Director of the Washington
State Public Disclosure Commission, in her
individual capacity,

                Defendants/Respondents.

NO. C09 5030 RJB

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE
RELIEF

COMES NOW the petitioner/plaintiff, Washington Association of Realtors for causes of action against the respondents/defendants and alleges and states as follows:

**I. PARTIES**

1.1     Plaintiff/Petitioner Washington Association of Realtors, a Washington non-profit corporation ("Realtors"), is the respondent to a complaint filed with the Public Disclosure Commission.  The Realtors' mailing address is 504 14th Ave. SE, #200, Olympia, WA 98501.

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF - 1

**SHORT CRESSMAN & BURGESS PLLC**
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

638050.3/007114.00003

Summons Issued T-5002

1.2     Defendant/respondent Public Disclosure Commission ("PDC") is a state agency established under RCW 42.17.350. The PDC's mailing address is 711 Capitol Way, Room 206, P.O. Box 40908, Olympia, Washington, 98504-0908.

1.3     Defendant Vicki Rippie is Executive Director of the PDC (the "PDC Executive Director") and is sued herein in her individual capacity while acting under the color of the law.

## II.  JURISDICTION AND VENUE

2.1     This Court has jurisdiction to decide plaintiff's civil rights action under U.S.C. § 1343 & 1983. The challenged provisions of state law and the defendants' actions establish an "actual controversy" within the meaning of 28 U.S.C. § 2201, entitling plaintiff to a declaratory judgment and supplemental relief under 28 U.S.C. § 2202.

2.2     Venue is proper because a majority of defendants reside in this district, and a substantial part of the events giving rise to the claim occurred in this district. 28 U.S.C. § 1391(b). The Tacoma Division is proper because the actions of defendants occurred in Thurston County, Washington.

## III.  FACTUAL ALLEGATIONS

3.1     The Realtors is a member directed organization representing the interests and views of over 20,000 licensed real estate professionals in the state of Washington.

3.2     Over the years the Realtors has communicated with its members and the general public about issues of importance to the real estate industry and the economy. One of the primary means of communication with the general public has been through direct mail advertising.

3.3     It is through these communications that the general public is informed of the Realtors' views on issues such as the real estate excise tax and is then able to contact and

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF - 2



SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

638050.3/007114.00003

the primary means of communication with the general public has been through direct mail advertising.

3.3     It is through these communications that the general public is informed of the Realtors' views on issues such as the real estate excise tax and is then able to contact and influence those with the power to raise or lower such taxes (namely the Governor and members of the State Legislature).

3.4     The Realtors sent three mailings in October of 2008 intended to influence recipients to contact elected officials in Washington State with the power to raise taxes and encourage them not to do so.  True and correct copies of the mailings that are the subject of this complaint in question are attached hereto as Exhibit A, (the "Issue Mailings").

3.5     Washington regulates political and campaign-related communications and finance through the provisions of Chapter 42.17 of the Revised Code of Washington ("RCW").   The provisions of RCW 42.17 do not regulate "issue advertising" but rather "electioneering communications".   In discussing this distinction (and finding certain regulations of issue advertisements impermissible) the United States Supreme Court recently held, "an [issue] ad is the functional equivalent of express advocacy *only if the ad is susceptible of no reasonable interpretation other than as an appeal to vote for or against a specific candidate*." [Emphasis added.]  *Federal Election Commission v. Wisconsin Right to Life*, 551 U.S. ___, 127 S. Ct. 2652 (2007).

3.6     On October 30, 2008 Phil Stutzman, Director of Enforcement for the PDC contacted the Controller of the Realtors and asked him to file a form C6 declaring the Issue

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF - 3

SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

638050.3/007114.00003

Mailings to be electioneering communications supporting or opposing the re-election of Governor Christine Gregoire.

3.7     Later that day the Realtors filed a C6 form under protest detailing all expenditures made on the Issue Mailings, a true and correct copy of which is attached hereto as Exhibit B.   The Realtors declined to indicate that the piece was supporting or opposing Governor Gregoire's re-election because the piece did neither.

3.8     On October 31, 2008 Mr. Stutzman again asked the Realtors to file another C6 indicating that the mailing was either supporting or opposing Governor Gregoire for re-election.   His communication to counsel for the Realtors stated in relevant part, "As noted previously, the two mailings clearly identify the Governor, without using her name. Therefore, Section 3 of the C-6 form is required to include the Governor's name, her office, her party, and whether the advertising supports or opposes her."

3.9     The Realtors respectfully declined to incorrectly characterize their Issue Mailings as electioneering communications and accordingly declined to fill out Section 3 of the PDC form C6 as requested by Mr. Stutzman.

3.10    On December 4, 2008 the PDC Executive Director filed a complaint against the Realtors (PDC Case No. 09-080) alleging, among other things, that the Issue Mailings were "electioneering communications" (as defined by RCW 42.17.020(20) opposing Governor Christine Gregoire and therefore the Realtors disclosures regarding the same were inadequate.

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF - 4



SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

638050.3/007114.00003

3.11    The interpretation of RCW 42.17.020(20) (defining "electioneering communication") (the "Statute") as applied to the Realtors by the PDC (both in  the PDC Executive Director's complaint and the PDC's earlier request) would proscribe any communication for any purpose that referenced the "Governor" in the 60 days prior to an election unless it met the reporting requirements of RCW 42.17.565.   The complaint in this instance is even more troubling because the amount of money expended was in fact reported as required by RCW 42.17.565 (under protest) to the public, see <u>Exhibit B</u>.  The PDC was not content to rest with full disclosure of expenditures it was not entitled to; it instead insisted that the Realtors publicly ascribe a non-existent intent to its Issue Mailings and then launched an investigation when it refused to do so.  Clearly this complaint by the PDC Executive Director (after full financial disclosure has been made) does not further any compelling -- or even an important -- government interest.   Indeed, the attempt to force false confessions of political intent is not narrowly tailored to achieve a compelling public interest but rather sweepingly tailored (and selectively applied) to achieve a political interest.

## IV. VIOLATION OF CIVIL RIGHTS

4.1    The facts alleged in paragraphs 3.1 through 3.11 above are incorporated herein by reference.

4.2    The Issue Mailings to the public regarding taxation are protected speech under the First Amendment to the U.S. Constitution, as applied through the Fourteenth Amendment to the U.S. Constitution, and under Article I, Section 5 of the Washington State Constitution.

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF - 5



SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

638050.3/007114.00003

4.3     The PDC and the PDC Executive Director, acting in her individual capacity under the color of state law, have violated the Realtors' constitutional rights to freedom of speech.

4.4     The Realtors is entitled to relief under 42 U.S.C. §§ 1983, 1988.

## V.  DECLARATORY RELIEF

5.1     The facts alleged in paragraphs 3.1 through 3.11 above are incorporated herein by reference.

5.2     There is an actual, present, and existing dispute between the Realtors and defendants the PDC and the PDC Executive Director.

5.3     The Realtors is entitled to a declaration from the Court that the Issue Mailings are not "electioneering communication[s]" as defined by RCW 42.17.020(20).

5.4     The Realtors is entitled to a declaration from the Court that RCW 42.17.020(20) is unconstitutional as applied to the Issue Mailings and in violation of the free speech guarantees of the federal and state constitutions.

5.5     The Realtors is entitled to a declaration from the Court that RCW 42.17.565 is unconstitutional as applied to the Issue Mailings and in violation of the free speech guarantees of the federal and state constitutions.

## VI.  INJUNCTIVE RELIEF

6.1     The facts alleged in paragraphs 3.1 through 3.11 above are incorporated herein by reference.

6.2     The Realtors has a clear legal and equitable right to exercise freedoms under the free speech guarantees of the federal and state constitutions.

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF - 6



SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

638050.3/007114.00003

6.3     The Realtors has a well-grounded fear of immediate invasion of that right through the PDC's and the PDC Executive Director's erroneous and unconstitutional interpretation and enforcement of RCW 42.17.565.

6.4     The Realtors will suffer immediate and irreparable harm if the PDC and the PDC Executive Director are not enjoined from unconstitutionally enforcing RCW 42.17.565 against the Realtors.

6.5     The Realtors is entitled to permanent injunctive relief enjoining the PDC and the PDC Executive Director, their successors, agents, employees, and persons acting in concert with them, from asserting RCW 42.17.565 as authority for requiring any disclosures for expenditures made on the Issue Mailings.

## VII. PRAYER FOR RELIEF

WHEREFORE, the Realtors prays for judgment:

1.     Declaring that the Issue Mailings are not "electioneering communication[s]" under RCW 42.17.020(20).

2.     Declaring RCW 42.17.020(20) to be unconstitutional as applied to the Issue Mailings and in violation of the free speech guarantees of the federal and state constitutions.

3.     Declaring RCW 42.17.565 to be unconstitutional as applied to the Issue Mailings and in violation of the free speech guarantees of the federal and state constitutions.

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF - 7



SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

638050.3/007114.00003

4. Enjoining the PDC and the PDC Executive Director against further enforcement of RCW 42.17.565 to require any disclosures for expenditures made on the Issue Mailings.

5. Awarding the Realtors its reasonable attorneys' fees and costs under 42 U.S.C. § 1988 and any other applicable statutes.

6. For such other and further relief as the Court deems just and proper.

DATED this 21st day of January, 2009

SHORT CRESSMAN & BURGESS PLLC

By_____
    Paul J. Dayton, WSBA No. 12619
    pdayton@scblaw.com
    Leslie C. Clark, WSBA No. 36164
    lclark@scblaw.com
    999 Third Avenue, Suite 3000
    Seattle, WA  98104-4088
    Phone: (206) 682-3333
    Facsimile: (206) 340-8856

_____
    Annette T. Fitzsimmons, WSBA No. 22295
    atfitz@comcast.net
    P.O. Box 65578
    Tacoma, WA 98464


THE NORTH CREEK LAW FIRM
    Mark C. Lamb,   WSBA No. 30134
    mark@northcreeklaw.com
    12900 NE 180th Street, Suite 235
    Bothell, Washington  98011

COMPLAINT FOR DECLARATORY
JUDGMENT AND INJUNCTIVE RELIEF - 8

**SHORT CRESSMAN**
**& BURGESS PLLC**
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

638050.3/007114.00003

**EXHIBIT A**



Paying your bills is tough. Especially in this economy.

# The last thing we need is another tax increase.

Even though our family budgets are stretched and paychecks don't go as far as they used to, taxes may still be increased.

The state budget faces a $3.2 billion shortfall because of four years of overspending. Who will pick up the tab?

If spending is not curbed it leaves only one option…more taxes. There have even been proposals to impose a Home Tax on your equity when you sell your house.

Can you afford it?

**Call the Governor at 360-902-4111 and your legislator at 800-562-6000. Tell them we can't afford more taxes.**

*For more information on the Home Tax go to www.StopTheHomeTax.com.*

State Budget Facts:

✔ Spending increased by 33%
✔ In just the last four years $8 billion in new spending
✔ Projected $3.2 billion shortfall







**Washington REALTORS®**
P.O. Box 719 - Olympia, WA 98507
www.warealtor.org
800-562-6024



REALTOR®

Your wallet = a ca$h cow.

# They want to milk you for higher taxes.

Our state faces a $3.2 billion budget deficit and yet politicians have not curbed spending.

Instead, your wallet looks like a cash cow that could deliver buckets of cash to make up the difference.

If there is no reduction in spending the only other option is to raise taxes. Can you afford it?

**Call the Governor at 360-902-4111 and your state legislator at 800-562-6000. Let them know our family budgets are dried up.**

We can't afford to be milked for another tax increase.

*For more information on the Home Tax go to www.StopTheHomeTax.com.*

---

State Budget Facts:

➜ Spending increased by 33%

➜ In just the last four years $8 billion in new spending

➜ Projected $3.2 billion shortfall

---

**Washington REALTORS®**
P.O. Box 719 - Olympia, WA 98507
www.warealtor.org
800-562-6024



Prsrt Std
U.S. Postage
PAID
IQ Direct
98201





Prsrt Std
US Postage
PAID
IQ Direct
98201

**Real Estate Tax Facts:**

Just another tax on your property

Double-taxes property owners

Already one of the highest in the nation

Politicians are scrambling to fill a $3.2 billion hole in the state budget.

Some want to impose a Home Tax on the money you make when you sell your house.

Instead of cutting spending, they keep looking for new ways to tax your property.

A Home Tax would double-tax home owners who already pay property taxes. They would have to pay thousands more when their home sells.

Call the Governor at 360-902-4111 and your state legislator at 800-562-6000. Let them know we can't afford a tax increase.

And we sure don't want a Home Tax to drain your hard-earned equity from your home.

For more information on the Home Tax, go to www.StopTheHomeTax.com.

# Some politicians want to tax your home equity.

Washington REALTORS®
P.O. Box 719 - Olympia, WA 98507
www.warealtor.org
800-562-6024



REALTOR®

# EXHIBIT B



**W a s h i n g t o n R E A L T O R S.**

*Promoting expertise in real estate*

## FACSIMILE TRANSMITTAL SHEET

TO:                                  FROM:

*Phil Stutzman*                      *Greg Welch*

COMPANY:                             DATE:

*Public Disclosure Commission*       *10-30-8*

FAX NUMBER:                          TOTAL NO. OF PAGES INCLUDING
                                     COVER:

*753-1112*

PHONE NUMBER:


RE:

*Issue advocacy C-6's filed under protest - also emailed - FYI*

☐ URGENT   ☑ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE


NOTES/COMMENTS:

*Please contact Mark Lamb at 425-368-4238 if any*

*questions arise.*

*Greg Welch   10-30-8*



**PUBLIC DISCLOSURE COMMISSION**
711 CAPITOL WAY RM 206
PO BOX 40908
OLYMPIA WA 98504-0908
(360) 753-1111
TOLL FREE 1-877-601-2828

Form
# C6
5/06

**Reporting Form for:** (check one)          **Instructions on Page 3**

☐ **INDEPENDENT EXPENDITURES** (Occurring at any time) — **$100 or more**
☐ **INDEPENDENT EXPENDITURE ADS** (Appearing within 21 days of an election) — **$1,000 or more**
☒ **ELECTIONEERING COMMUNICATIONS,** Except Contributions (Appearing within 60 days of an election) — **$5,000 or more**

**1. Name and complete postal mailing address of sponsor:**

Washington Association of REALTORS®
504 14th Ave SE
Olympia, WA 98501

E-mail
greg.welch@warealto
Telephone
r.com 360-943-3100

**2. Itemize expenditures of more than $100 associated with the independent expenditure or electioneering communication.**

| Date Made | Date First Presented/ Mailed | Name and Address of Vendor or Recipient | Description of Expenditure (e.g., direct mail or newspaper, TV or radio ad) | Amount or Value (*See Below) |
|---|---|---|---|---|
| 10/10/08 | 10/18/08 | Minnick & Minnick 19030 Lenton PL SE #616 Monroe, WA 98272 | Issue Advocacy Ad Printing | 58937.20 |
| 10/13/08 | 10/18/08 | IQ Direct 2809 Rockerfeller Ave Everett, WA 98201 | Issue Advocacy Ad Postage | 76110.66 |

| | |
|---|---|
| Expenditures $100 or less not itemized above | $ |
| Total this report | $ 135047.86 |

**Amount or Value**
*If no reasonable estimate can be made of value, describe activity, services, property or right furnished precisely and attach copy of item produced or distributed.

Total independent expenditures and electioneering communications made during this election campaign. Include amounts shown in this report and previously submitted C-6 reports.   $ 135047.86

**3. List of candidate(s) or ballot proposition(s) identified in the advertising.**

| Candidate/Proposition | Office/District/ Proposition No. | Party | Check Support or Oppose | Show portion of current expense attributable to each candidate or proposition | Show total C-6 expenses related to each candidate/ proposition during election campaign |
|---|---|---|---|---|---|
| "This mailing is an | issue advocacy piece | | ☐  ☐ | $ | $ |
| Please see attached | sheet for further explanation | | ☐  ☐ | $ | $ |
| | | | ☐  ☐ | $ | $ |
| | | | ☐  ☐ | $ | $ |

Continued on attached sheet ☑

**C-6**  **Page 2**

**Filer Name:**

4.  **If reporting an Electioneering Communication, it is necessary to disclose information concerning the source of funding for the communication. Select the description that applies:**

a) \_\_ An individual using only personal funds.

b) \_\_ An individual using personal funds and/or funds received from others.

c) X A business, union, group, association, organization, or other person using only general treasury funds.

d) \_\_ A business, union, group, association, organization, or other person using general treasury funds and/or funds received from others.

e) \_\_ A political committee filing C-3 and C-4 reports.  (RCW 42.17.040 - .090)

f) \_\_ A political committee filing C-5 reports.  (RCW 42.17.093)

g) \_\_ Other

**If (b), (d), (f), or (g) applies, complete section 5 below.  If (e) applies, also complete section 5 if the committee received funds that were requested or designated for the communication.**

5.  **Sources giving in excess of $250 for the electioneering communication:**

| Date Received | Source's Name, Address, City, State, Zip | For individuals, Employer's Name, City and State | Amount |
|---|---|---|---|
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | **Sub-Total** | $ |
| | Continued on attached sheet ☐ | **Amount from attached pages** | $ |
| | | **TOTAL FUNDS RECEIVED** | $ |

**Sponsor of Independent Expenditure or Electioneering Communication**

| | | |
|---|---|---|
| I certify (or declare) under penalty of perjury under the laws of the State of Washington that this expenditure was not made in cooperation, consultation, or concert with, or at the request or suggestion of, a candidate, a candidate's authorized committee, or an agent of a candidate nor does it otherwise constitute a contribution under RCW 42.17.020.  I further certify that the above information is true, complete, and correct to the best of my knowledge. | Signature  *Greg Welch*  Greg Welch | Printed Name  WA Association of REALTORS® |
| | Street address  504 14th Ave SE | |
| | City/State/Zip  Olympia, WA 98501 | |
| | Date Signed  10/30/2008 | Place Signed (city and county)  Olympia Thurston |
| | *RCW9A.72.040 provides that "(1) A person is guilty of false swearing if he makes a false statement, which he knows to be false, under an oath required or authorized by law.  (2) False swearing is a misdemeanor."* | |

# C6 Continuation Page

2. Itemize expenditures of more than $100 associated with the independent expenditure or electioneering communication.

| Date Made | Date First Presented/ Mailed | Name and Address of Vendor or Recipient | Description of Expenditure (e.g., direct mail or newspaper, TV or radio ad) | Amount or Value |
|-----------|------------------------------|------------------------------------------|-----------------------------------------------------------------------------|-----------------|
|           |                              |                                          |                                                                             |                 |

# C6 Continuation Page

3.   List of candidate(s) or ballot proposition(s) identified in the advertising.

| Candidate/Proposition | Office/District/ Proposition No. | Party | Check Support or Oppose | | Show portion of current expense attributable to each candidate or proposition | Show total C-6 expenses related to each candidate/ proposition during election campaign |
|---|---|---|---|---|---|---|
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |

# C6 Continuation Page

**5.   Sources giving in excess of $250 for the electioneering communication:**

| Date Received | Source's Name, Address, City, State, Zip | For Individuals, Employer's Name, City and State | Amount |
|---|---|---|---|
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | **Sub-Total This Page** | $ |

W a s h i n g t o n **R E A L T O R S**

*Promoting expertise in real estate*

10/30/2008
C-6 Section 3 attachment

"This mailing is an issue advocacy piece re: the excise tax and does not support or oppose
any candidate.  As such, this C6 is being filed under protest and only because of the
specific direction of the Director of Compliance of the PDC earlier today.
In submitting this filing the Washington Association of REALTORS® is not waiving any
of its objections to this direction and explicitly reserves all rights to appeal and challenge
the direction to file a C6 at a later time under state and federal law."

504 14th Avenue S.E., Suite #200 • Olympia, WA 98501 • P.O. Box 719 • Olympia, WA 98057
www.warealtor.org • tel: 800.562.6024 • fax: 360.357.6627





**PUBLIC DISCLOSURE COMMISSION**
711 CAPITOL WAY RM 206
PO BOX 40908
OLYMPIA WA 98504-0908
(360) 753-1111
TOLL FREE 1-877-601-2828

Form
# C6
5/06

**Reporting Form for:** (check one)          **Instructions on Page 3**

☐ **INDEPENDENT EXPENDITURES** (Occurring at any time) — **$100 or more**
☐ **INDEPENDENT EXPENDITURE ADS** (Appearing within 21 days of an election) — **$1,000 or more**
☒ **ELECTIONEERING COMMUNICATIONS**, Except Contributions (Appearing within 60 days of an election) — **$5,000 or more**

| 1.  Name and complete postal mailing address of sponsor: | E-mail |
|---|---|
| Washington Association of REALTORS®<br>504 14th Ave SE<br>Olympia, WA 98501 | greg.welch@warealto<br>**Telephone**<br>r.com 360-943-3100 |

2. Itemize expenditures of more than $100 associated with the independent expenditure or electioneering communication.

| Date Made | Date First Presented/ Mailed | Name and Address of Vendor or Recipient | Description of Expenditure (e.g., direct mail or newspaper, TV or radio ad) | Amount or Value (*See Below) |
|---|---|---|---|---|
| 10/10/08 | 10/21/08 | Minnick & Minnick<br>19030 Lenton PL SE #616<br><br>Monroe, WA 98272 | Issue Advocacy Ad Printing | 58937.20 |
| 10/21/08 | 10/21/08 | IQ Direct<br>2809 Rockerfeller Ave<br><br>Everett, WA 98201 | Issue Advocacy Ad Postage | 80698.11 |
| | | | Expenditures $100 or less not itemized above | $ |

| | |
|---|---|
| **Amount or Value**<br>*If no reasonable estimate can be made of value, describe activity, services, property or right furnished precisely and attach copy of item produced or distributed. | Total this report $     139635.31 |
| | Total independent expenditures and electioneering communications made during this election campaign. Include amounts shown in this report and previously submitted C-6 reports. $     247683.17 |

3.  List of candidate(s) or ballot proposition(s) identified in the advertising.

| Candidate/Proposition | Office/District/ Proposition No. | Party | Check Support or Oppose | | Show portion of current expense attributable to each candidate or proposition | Show total C-6 expenses related to each candidate/ proposition during election campaign |
|---|---|---|---|---|---|---|
| "This mailing is an | issue advocacy piece | | ☐ | ☐ | $ | $ |
| Please see attached | sheet for further explanation | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |

Continued on attached sheet ☐

**C-6**  **Page 2**

**Filer Name:**

4.  **If reporting an Electioneering Communication, it is necessary to disclose information concerning the source of funding for the communication.  Select the description that applies:**

a) __ An individual using only personal funds.

b) __ An individual using personal funds and/or funds received from others.

c) _X_ A business, union, group, association, organization, or other person using only general treasury funds.

d) __ A business, union, group, association, organization, or other person using general treasury funds and/or funds received from others.

e) __ A political committee filing C-3 and C-4 reports.  (RCW 42.17.040 - .090)

f) __ A political committee filing C-5 reports.  (RCW 42.17.093)

g) __ Other

**If (b), (d), (f), or (g) applies, complete section 5 below.  If (e) applies, also complete section 5 if the committee received funds that were requested or designated for the communication.**

5.  **Sources giving in excess of $250 for the electioneering communication:**

| Date Received | Source's Name, Address, City, State, Zip | For Individuals, Employer's Name, City and State | Amount |
|---|---|---|---|
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | **Sub-Total** | $ |
| | Continued on attached sheet ☐ | **Amount from attached pages** | $ |
| | | **TOTAL FUNDS RECEIVED** | $ |

**Sponsor of Independent Expenditure or Electioneering Communication**

| I certify (or declare) under penalty of perjury under the laws of the State of Washington that this expenditure was not made in cooperation, consultation, or concert with, or at the request or suggestion of a candidate, a candidate's authorized committee, or an agent of a candidate nor does it otherwise constitute a contribution under RCW 42.17.020.  I further certify that the above information is true, complete, and correct to the best of my knowledge. | Signature *Greg Welch* | Printed Name WA Association of REALTORS® |
|---|---|---|
| | Street address 504 14th Ave SE | |
| | City/State/Zip Olympia, WA 98501 | |
| | Date Signed 10/30/2008 | Place Signed (city and county) OlympiaThurston |
| | "RCW 9A.72.040 provides that "(1) A person is guilty of false swearing if he makes a false statement, which he knows to be false, under an oath required or authorized by law.  (2) False swearing is a misdemeanor." | |

# C6 Continuation Page

2. Itemize expenditures of more than $100 associated with the independent expenditure or electioneering communication.

| Date Made | Date First Presented/ Mailed | Name and Address of Vendor or Recipient | Description of Expenditure (e.g., direct mail or newspaper, TV or radio ad) | Amount or Value |
|---|---|---|---|---|
|  |  |  |  |  |

# C6 Continuation Page

**3. List of candidate(s) or ballot proposition(s) identified in the advertising.**

| Candidate/Proposition | Office/District/ Proposition No. | Party | Check Support or Oppose | | Show portion of current expense attributable to each candidate or proposition | Show total C-6 expenses related to each candidate/ proposition during election campaign |
|---|---|---|---|---|---|---|
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |

# C6 Continuation Page

**5.   Sources giving in excess of $250 for the electioneering communication:**

| Date Received | Source's Name, Address, City, State, Zip | For individuals, Employer's Name, City and State | Amount |
|---|---|---|---|
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation |  |
|  |  |  | $ |
|  |  | Occupation | $ |
|  |  | **Sub-Total This Page** | $ |

W a s h i n g t o n **R E A L T O R S**

*Promoting expertise in real estate*

10/30/2008
C-6 Section 3 attachment

"This mailing is an issue advocacy piece re: the excise tax and does not support or oppose
any candidate.  As such, this C6 is being filed under protest and only because of the
specific direction of the Director of Compliance of the PDC earlier today.
In submitting this filing the Washington Association of REALTORS® is not waiving any
of its objections to this direction and explicitly reserves all rights to appeal and challenge
the direction to file a C6 at a later time under state and federal law."

504 14th Avenue S.E., Suite #200 • Olympia, WA 98501 • P.O. Box 719 • Olympia, WA 98057
www.warealtor.org • tel: 800.562.6024 • fax: 360.357.6627



**PUBLIC DISCLOSURE COMMISSION**
711 CAPITOL WAY RM 206
PO BOX 40908
OLYMPIA WA 98504-0908
(360) 753-1111
TOLL FREE 1-877-601-2828

| Form |
|------|
| **C6** |
| 5/06 |

**Reporting Form for:** (check one)          **Instructions on Page 3**

☐ **INDEPENDENT EXPENDITURES** (Occurring at any time) — **$100 or more**
☐ **INDEPENDENT EXPENDITURE ADS** (Appearing within 21 days of an election) — **$1,000 or more**
☒ **ELECTIONEERING COMMUNICATIONS,** Except Contributions (Appearing within 60 days of an election) — **$5,000 or more**

---

**1.   Name and complete postal mailing address of sponsor:**

Washington Association of REALTORS®
504 14th Ave SE
Olympia, WA 98501

E-mail
greg.welch@warealto
Telephone
r.com 360-943-3100

---

**2. Itemize expenditures of more than $100 associated with the independent expenditure or electioneering communication.**

| Date Made | Date First Presented/ Mailed | Name and Address of Vendor or Recipient | Description of Expenditure (e.g., direct mail or newspaper, TV or radio ad) | Amount or Value (*See Below) |
|---|---|---|---|---|
| 10/10/08 | 10/25/08 | Minnick & Minnick 19030 Lenton PL SE #616 Monroe, WA 98272 | Issue Advocacy Ad Printing | 58937.20 |
| 10/21/08 | 10/25/08 | IQ Direct 2809 Rockerfeller Ave Everett, WA 98201 | Issue Advocacy Ad Postage | 80608.57 |

Expenditures $100 or less not itemized above $

Total this report $ 139545.77

**Amount or Value**
*If no reasonable estimate can be made of value, describe activity, services, property or right furnished precisely and attach copy of item produced or distributed.

Total independent expenditures and electioneering communications made during this election campaign. Include amounts shown in this report and previously submitted C-6 reports.
$ 414228.94

---

**3.   List of candidate(s) or ballot proposition(s) identified in the advertising.**

| Candidate/Proposition | Office/District/ Proposition No. | Party | Check Support or Oppose | Show portion of current expense attributable to each candidate or proposition | Show total C-6 expenses related to each candidate/ proposition during election campaign |
|---|---|---|---|---|---|
| "This mailing is an | issue advocacy piece | | ☐ ☐ | $ | $ |
| Please see attached | sheet for further explanation | | ☐ ☐ | $ | $ |
| | | | ☐ ☐ | $ | $ |
| | | | ☐ ☐ | $ | $ |

Continued on attached sheet ☑

**C-6** Page 2

**Filer Name:**

4. **If reporting an Electioneering Communication, it is necessary to disclose information concerning the source of funding for the communication. Select the description that applies:**

a) __ An individual using only personal funds.

b) __ An individual using personal funds and/or funds received from others.

c) _X_ A business, union, group, association, organization, or other person using only general treasury funds.

d) __ A business, union, group, association, organization, or other person using general treasury funds and/or funds received from others.

e) __ A political committee filing C-3 and C-4 reports. (RCW 42.17.040 - .090)

f) __ A political committee filing C-5 reports. (RCW 42.17.093)

g) __ Other

If (b), (d), (f), or (g) applies, complete section 5 below. If (e) applies, also complete section 5 if the committee received funds that were requested or designated for the communication.

5. **Sources giving in excess of $250 for the electioneering communication:**

| Date Received | Source's Name, Address, City, State, Zip | For Individuals, Employer's Name, City and State | Amount |
|---|---|---|---|
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | Sub-Total | $ |
| | Continued on attached sheet ☐ | Amount from attached pages | $ |
| | | TOTAL FUNDS RECEIVED | $ |

**Sponsor of Independent Expenditure or Electioneering Communication**

I certify (or declare) under penalty of perjury under the laws of the State of Washington that this expenditure was not made in cooperation, consultation, or concert with, or at the request or suggestion of, a candidate, a candidate's authorized committee, or an agent of a candidate nor does it otherwise constitute a contribution under RCW 42.17.020. I further certify that the above information is true, complete, and correct to the best of my knowledge.

| Signature | Printed Name |
|---|---|
| *Greg Weld* | WA Association of REALTORS® |

Street address
504 14th Ave SE

City/State/Zip
Olympia, WA 98501

| Date Signed | Place Signed (city and county) |
|---|---|
| 10/30/2008 | OlympiaThurston |

*RCW 9A.72.040 provides that "(1) A person is guilty of false swearing if he makes a false statement, which he knows to be false, under an oath required or authorized by law. (2) False swearing is a misdemeanor."

# C6 Continuation Page

**2. Itemize expenditures of more than $100 associated with the independent expenditure or electioneering communication.**

| Date Made | Date First Presented/ Mailed | Name and Address of Vendor or Recipient | Description of Expenditure (e.g., direct mail or newspaper, TV or radio ad) | Amount or Value |
|---|---|---|---|---|
| | | | | |

# C6 Continuation Page

3. **List of candidate(s) or ballot proposition(s) identified in the advertising.**

| Candidate/Proposition | Office/District/ Proposition No. | Party | Check Support or Oppose | | Show portion of current expense attributable to each candidate or proposition | Show total C-6 expenses related to each candidate/ proposition during election campaign |
|---|---|---|---|---|---|---|
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |
| | | | ☐ | ☐ | $ | $ |

# C6 Continuation Page

**5. Sources giving in excess of $250 for the electioneering communication:**

| Date Received | Source's Name, Address, City, State, Zip | For Individuals, Employer's Name, City and State | Amount |
|---|---|---|---|
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | | $ |
| | | Occupation | |
| | | **Sub-Total This Page** | $ |

W a s h i n g t o n **R E A L T O R S**

*Promoting expertise in real estate*

**10/30/2008**
**C-6 Section 3 attachment**

"This mailing is an issue advocacy piece re: the excise tax and does not support or oppose
any candidate.  As such, this C6 is being filed under protest and only because of the
specific direction of the Director of Compliance of the PDC earlier today.
In submitting this filing the Washington Association of REALTORS® is not waiving any
of its objections to this direction and explicitly reserves all rights to appeal and challenge
the direction to file a C6 at a later time under state and federal law."

504 14th Avenue S.E., Suite  #200 • Olympia, WA 98501 • P.O. Box 719 • Olympia, WA 98057
www.warealtor.org • tel: 800.562.6024 • fax: 360.357.6627

